IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DICAM, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:07-cv-5670 |
| | ) | Judge Coar |
| UNITED STATES CELLULAR | ) | |
| CORPORATION and AUDIOVOX | ) | |
| COMMUNICATIONS CORPORATION, | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| PANTECH & CURITEL | ) | |
| COMMUNICATIONS, INC., | ) | |
| Defendant-Intervenor. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS PANTECH & CURITEL COMMUNICATIONS, INC.
AND UNITED STATES CELLULAR CORPORATION**

IT IS HEREBY STIPULATED AND AGREED among Plaintiff DICAM, INC.

("Plaintiff"), Defendant PANTECH & CURITEL COMMUNICATIONS, INC. ("Pantech"), and

Defendant UNITED STATES CELLULAR CORPORATION ("USCC") ("Defendants"), by

their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii):  (a) Plaintiff's and Pantech's

respective claims and counterclaims against each other in the above-captioned action which

solely implicate activities and/or products of Pantech be, and they hereby are, dismissed with

prejudice; and (b) that Plaintiff's and USCC's respective claims and counterclaims against each

other in the above-captioned action which solely implicate activities and/or products of Pantech

be, and they hereby are, dismissed with prejudice.

This Stipulation is without prejudice to Plaintiff's claims against others (including

Audiovox Communications Corporation) that do not implicate the activities and/or products of

Pantech in Case No.: 1:07-cv-05670, pending in the United States District Court for the Northern

District of Illinois, Eastern Division, or Case No. 3:08-cv-00053, pending in the United States

District Court for the Western District of Virginia, Charlottesville Division, including Plaintiff's

claims against USCC to the extent such claims do not implicate the activities and/or products of

Pantech.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Michael T. Cooke
Jonathan T. Suder
Erick S. Robinson
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
robinson@fsclaw.com

Avrum Sidney Katz
Sherry Lee Rollo
Isaac S. Peterson
Daniel Gurfinkel
HUSCH BLACKWELL SANDERS WELSH & KATZ
120 S. Riverside Plaza, Suite 2200
Chicago, IL  60606
312-655-1500
Fax: 312-655-1501
asidney.katz@huschblackwell.com
isaac.peterson@huschblackwell.com
sherry.rollo@huschblackwell.com
daniel.gurfinkel@huschblackwell.com

Mark D. Obenshain
Nancy R. Schlichting
LENHART OBENSHAIN PC
90 N. Main Street, Suite 201
P.O. Box 1287
Harrisonburg, VA 22803
540-437-3133
Fax: 540-437-3101
mdo@lolawfirm.com
nrs@lolawfirm.com

**COUNSEL FOR DICAM, INC.**

/s/ William T. McGrath
Christopher William Schneider
DAVIS MCGRATH LLC
125 S. Wacker Drive, Suite 1700
Chicago , IL 60606
Ph.  312-332-3033
wmcgrath@davismcgrath.com
cschneider@davismcgrath.com

Hae Chan Park
Wayne M. Helge
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna , VA 22182
Ph.  703 288 5105
hpark@park-law.com
whelge@park-law.com

**COUNSEL FOR PANTECH &
CURITEL COMMUNICATIONS,
INC.**

Richard J. O'Brien
Nabeel Umar Khan
Rachel D. Sher
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago , IL 60603
Ph.  312-853-7000
robrien@sidley.com
nkhan@sidley.com
rsher@sidley.com

**COUNSEL  FOR  UNITED  STATES
CELLULAR CORPORATION**

2